FILED

DEC - 8 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:21CR682 MTS/DDN |
| vs. ) | |
| ) | |
| CARMAIN MILTON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 21, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**CARMAIN MILTON,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 1998 Toyota Camry, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about September 28, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**CARMAIN MILTON,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2016 Audi A6,

that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119, and punishable under Title 18, United States Code, Section 2119(1).

## COUNT THREE

The Grand Jury further charges that:

On or about September 28, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**CARMAIN MILTON,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2004 Honda Element, that had been transported in interstate commerce, resulting in the death of C.Y.

In violation of Title 18, United States Code, Sections 2119, and punishable under Title 18, United States Code, Section 2119(3).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney