UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC - 8 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21CR682 MTS/DDN |
| CARMAIN MILTON, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Cassandra J. Wiemken, Assistant United States Attorney for said District, moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with three carjackings, including one resulting in death.

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against Defendant, the Defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by Defendant's release warrant Defendant's detention pending trial.

3. With regard to the nature and circumstances of the instant offense, Defendant took at least three cars by force from individuals during the span of one week. In the third carjacking, Defendant murdered his victim, C.Y., running over him to take his vehicle, a Honda Element. Defendant was apprehended a couple of hours after the carjacking in the Element. He fled from

police ultimately crashing the Element.  As such, the circumstances of the offense demonstrate Defendant's danger to the community.

4. Defendant's criminal history also evidences his danger to the community.  Defendant has multiple felony convictions including, but not limited to, convictions for tampering (first) motor vehicle and robbery (second degree).   Additionally, Defendant appears to have had a past term of supervision revoked, indicating that he is not amenable to supervision.

5. Furthermore, the weight of the evidence is significant.  For example, Defendant was captured on surveillance video in the area of the carjackings around the time of the carjackings. Defendant was further identified as the carjacker by all of his living victims.

6. Given that Defendant faces a charge that upon conviction can result in a maximum of life imprisonment or a sentence of death, and the strength of the evidence outlined above, Defendant facts a significant incentive to flee.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ Cassandra J. Wiemken*
Cassandra J. Wiemken, #91586KY
Assistant United States Attorney